# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MYERS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY JAIL, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00381-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING ACTION, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. No. 10) |

Plaintiff Anthony E. Myers is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2020, Magistrate Judge Erica P. Grosjean issued Findings and Recommendation recommending that "this action be dismissed for failure to state a claim." (ECF No. 10 at 11). The Findings and Recommendation was served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days of the date of service of the Findings and Recommendation. On November 18, 2020, the Findings and Recommendation was returned as undeliverable.[1] To date, no objections have been filed, and the time for doing so has passed.

///

---

[1] It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective. Local Rule 182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on October 29, 2020 (ECF No. 10) is ADOPTED IN FULL;
2. This action is DISMISSED for failure to state a claim; and
3. The Clerk of Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:  January 28, 2021                           _____
                                                                    SENIOR DISTRICT JUDGE

2